UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO INDEMNITY COMPANY, GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY
COMPANY,

                                Plaintiffs,

              -against-

SOORAJ POONAWALA, D.O., SOORAJ
POONAWALA M.D. (A Sole Proprietorship), GARY
LANCE GRODY, IRINA ZAYONTS, YURIY
ZAYONTS, ALEX PUZAITZER, CCCP EQUIPMENT, INC.,
AK BEST INC., TOP NOTCH WHOLESALE INC.,
ARTHUR GITLEVICH, TM EQUITIES INC., MILAN NUS,
LEAD CONSULTING GROUP INC., LILIA LEBED
A/K/A LILIIA VLADOV, and JOHN DOE DEFENDANTS
"1" through "10"

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Docket No.:
1:22-cv-03063-PKC-VMS

<u>**AFFIDAVIT OF SERVICE BY MAIL**</u>

STATE OF NEW YORK        )
                        ) SS.:
COUNTY OF NASSAU       )

      I, AMAR SINGH, being sworn, say:

      I am not a party to the action, am over 18 years of age, and reside within the County of Nassau in the State of New York.

      On June 27, 2023, I served the within copies of the **Amended Complaint and Summons (including Exhibit "1")** via certified mail, return receipt requested, and first-class mail in sealed envelopes, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known and/or secondary addresses of the addressees as indicated below:

    1.  <u>**Via Certified Mail & Return Receipt**</u>
       CCCP EQUIPMENT, INC.
       2220 65TH STREET
       BROOKLYN, NY 11204

2. **Via Certified Mail & Return Receipt**
   LEAD CONSULTING GROUP INC.
   C/O LILIIA LEBED
   2310 OCEAN PARKWAY, SUITE 2E
   BROOKLYN, NY 11223

3. **Via First Class Mail**
   CCCP EQUIPMENT, INC.
   2220 65TH STREET
   BROOKLYN, NY 11204

4. **Via First Class Mail**
   LEAD CONSULTING GROUP INC.
   C/O LILIIA LEBED
   2310 OCEAN PARKWAY, SUITE 2E
   BROOKLYN, NY 11223

_____
                                    Amar Singh

SWORN TO BEFORE ME ON
27th day of June 2023

_____
NOTARY PUBLIC

RR File No. 5100-3410

PATRICIA A. WILCOX
Notary Public, State of New York
No. 01WI4753506
Qualified in Nassau County
Commission Expires December 31, 2026

7592990.v1



PRIORITY MAIL

$017.40

03/17/2023 ZIP 11556
043J3 231821

CCCP EQUIPMENT INC. 2220 45TH ST BROOKLYN NY 11214-4035

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

Cert ERR

005100-03410 Sirignano JE

USPS CERTIFIED MAIL

9202 8901 9403 8320 5008 43

**RIVKIN RADLER**
ATTORNEYS AT LAW
926 RXR Plaza, Uniondale, NY 11556-0926

TO:

Certified Mail & Return Receipt
CCCP EQUIPMENT, INC.
2220 65TH STREET
BROOKLYN, NY 11204

**PRIORITY MAIL®**

P

U.S. POSTAGE PAID
QUADIENT INC.
ePostage

Ship Date: 06/27/23
Weight: 3 lb 4 oz
**0020**

C031

MICHAEL SIRIGNANO
RIVKIN RADLER
926 RXR PLZ
UNIONDALE NY 11556-3823

CCCP EQUIPMENT INC.
2220 65TH ST
BROOKLYN NY 11204-4035

**USPS TRACKING # EP**

9205 8902 2008 6311 9430 33



---

# RIVKIN RADLER
ATTORNEYS AT LAW
926 RXR Plaza, Uniondale, NY 11556-0926

TO:

First Class Mail
CCCP EQUIPMENT, INC.
2220 65TH STREET
BROOKLYN, NY 11204



US POSTAGE

quadient

PRIORITY MAIL
$017.40
06/27/2023 ZIP 11556
0431301252

LEAD CONSULTING GROUP INC C/O LILIIA LEBED APT 2E 2310 OCEAN PKWY BROOKLYN NY 1

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

Cert ERR

005100-03410 Srignano JE

USPS CERTIFIED MAIL

9202 8901 9403 8320 5009 80

**RIVKIN RADLER** ᴸᴸᴾ
ATTORNEYS AT LAW
926 RXR Plaza, Uniondale, NY 11556-0926

TO:

Certified Mail & Return Receipt
LEAD CONSULTING GROUP INC.
C/O LILIIA LEBED
2310 OCEAN PARKWAY, SUITE 2E
BROOKLYN, NY 11223

U.S. POSTAGE PAID
QUADIENT INC.
ePostage

# PRIORITY MAIL®

Ship Date: 06/27/23
Weight: 3 lb 4 oz

**0020**

C032



MICHAEL SIRIGNANO
RIVKIN RADLER
926 RXR PLZ
UNIONDALE NY 11556-3823

LEAD CONSULTING GROUP INC.
C/O LILIA LEBED
APT 2E
2310 OCEAN PKWY
BROOKLYN NY 11223-5411

## USPS TRACKING # EP

9205 8902 2008 6311 9434 22



RIVKIN RADLER
ATTORNEYS AT LAW
926 RXR Plaza, Uniondale, NY 11556-0926

TO:

First Class Mail
LEAD CONSULTING GROUP INC.
C/O LILIA LEBED
2310 OCEAN PARKWAY, SUITE 2E
BROOKLYN, NY 11223